NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANTHONY W. GALLAGHER,**

*Claimant-Appellant*

**v.**

**ROBERT WILKIE, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee*

---

2017-1523

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 14-395, Senior Judge Alan G. Lance, Sr.

---

**O R D E R**

---

Before PROST, *Chief Judge,* REYNA and HUGHES, *Circuit Judges.*

PER CURIAM.

IT IS ORDERED THAT:

This case is hereby dismissed for lack of jurisdiction.

FOR THE COURT

November 15, 2018          /s/ Peter R. Marksteiner
      Date               Peter R. Marksteiner
                         Clerk of Court